UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-161 (JR) |
| v. | : | GRAND JURY ORIGINAL |
| | : | MAGISTRATE NO. 05-0309M-01 (CR) |
| JOHN JONES, | | |
| EBONY BEATRICE PRATT, | : | VIOLATIONS: 18 U.S.C. §922(d)(1) |
| Defendants. | : | (Unlawful Sell of a Firearm to a Person Under |
| | : | Indictment or Convicted of a Crime Punishable |
| ROBERTSON, J. | : | by Imprisonment for a Term Exceeding One |
| B | : | Year) |

## SUPERSEDING INDICTMENT

**MAY 2 6 2005**

The Grand Jury charges that:

### COUNT ONE

On or about September 10, 2004, within the District of Columbia, **JOHN JONES**, did unlawfully and knowingly sell or otherwise dispose of a firearm, that is, a Beretta .32 caliber handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to a person known to the Grand Jury, knowing or having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year.

**(Unlawful Sell of a Firearm to a Person Under Indictment or Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(d)(1))

Case Related To  05-161

SUPERSEDING

## COUNT TWO

On or about October 5, 2004, within the District of Columbia, **JOHN JONES**, and **EBONY BEATRICE PRATT**, did unlawfully and knowingly sell or otherwise dispose of a firearm, that is, Beretta .32 caliber handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to a person known to the Grand Jury, knowing or having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year.

**(Unlawful Sell of a Firearm to a Person Under Indictment or Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(d)(1))**

A TRUE BILL:

_Kenneth L. Wan, Jr._ /s/ FOREPERSON.

Attorney of the United States in
and for the District of Columbia